<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-1582**

———————

RONNIE DYSON,

    Plaintiff - Appellant,

   v.

FLORA'S ALL TUNE AND LUBE; ALL TUNE AND LUBE; O'SHEA, INCORPORATED; ALL TUNE AND LUBE,

    Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   James R. Spencer, Chief District Judge.   (3:10-cv-00667-JRS)

———————

Submitted:  December 20, 2011  Decided:  December 22, 2011

———————

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ronnie Dyson, Appellant Pro Se.  Charles Arthur Gavin, CAWTHORN, PICARD, ROWE, DESKEVICH & GAVIN, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Dyson appeals the district court's order granting Defendants' Fed. R. Civ. P. 12(b)(6) motions to dismiss his complaint against them. On appeal, we confine our review to the issues raised in Dyson's informal brief. See 4th Cir. R. 34(b). Because Dyson's informal brief does not challenge the basis for the district court's disposition, Dyson has forfeited appellate review of the district court's order. Accordingly, we affirm the district court's order. Dyson v. Flora's All Tune & Lube, No. 3:10-cv-00667-JRS (E.D. Va. Apr. 26, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED